ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Straub Driver, a Joint Venture ) | ASBCA No. 61013 |
| ) | |
| Under Contract No. N62473-11-C-0405 ) | |

APPEARANCES FOR THE APPELLANT:    Reginald M. Jones, Esq.
Nicolas T. Solosky, Esq.
  Fox Rothschild LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Matthew D. Bordelon, Esq.
Nicole R. Best, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The parties have advised the Board they have resolved the dispute and have requested that the appeal ASBCA No. 61013 be dismissed with prejudice. Accordingly, for good cause shown, the appeal is dismissed with prejudice. The Board commends the parties for their successful efforts to resolve the appeal. This dismissal leaves ASBCA No. 61014 remaining before the Board.

Dated: January 24, 2019

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61013, Appeal of Straub Driver, a Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals